Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
Meghan E. George (SBN 274525)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21031 Ventura Blvd., Suite 340
Woodland Hills, CA 91364
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
mgeorge@toddflaw.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON GLEN CRISHER,<br><br>Plaintiff,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION, EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-02963-SB-PVC<br><br><br>**PLAINTIFF'S NOTICE OF SETTLEMENT AS TO DEFENDANTS EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC. AND TRANS UNION LLC ONLY** |

NOW COMES THE PLAINTIFF, by and through his attorney, and hereby notifies the Court that Plaintiff has reached a settlement as to his claims against Defendants Equifax Information Services LLC, Experian Information Solutions, Inc., and Trans Union LLC only.

Plaintiff and Defendants Equifax Information Services LLC, Experian Information Solutions, Inc., and Trans Union LLC anticipate they will be able to submit Stipulations of Dismissal with Prejudice as to within 60 days.

Plaintiff's claims against Defendant U.S. Bank, National Association have not been settled and shall remain pending before the Court.

Dated: July 28, 2023

LAW OFFICES OF TODD M. FRIEDMAN, P.C.

By:  /s/ Todd M. Friedman
Todd M. Friedman
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

**PROOF OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. On July 28, 2023, I served a true copy of the Notice of Settlement on all counsel of record via the ECF Filing System:

Executed on July 28, 2023.

[X] I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

[ ] I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[X] I hereby certify under the penalty of perjury that the foregoing is true and correct.


By:    /s/ Todd M. Friedman
       Todd M. Friedman, Esq.
       Attorney for Plaintiffs