UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON GLEN CRISHER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>U.S. BANK NATIONAL ASSOCIATION,<br><br>　　　　Defendants. | Case No. 2:23-cv-02963-SB-PVC<br><br><br>ORDER STRIKING MOTION |

　　　　Plaintiff Clinton Glen Crisher filed this Fair Credit Reporting Act case on March 13, 2023.  On August 22, 2023, the Court granted Defendants' motion to compel arbitration and dismissed the case.  Dkt. No. 53.  On January 8, 2024, Plaintiff appealed the order.  Dkt. No. 59.  Plaintiff now moves this Court to reverse the dismissal, vacate the order compelling arbitration, and sanction Defendant U.S. Bank National Association.[1]  Dkt. No. 64.

　　　　Prior to the filing of any motion, the moving party is required to meet and confer with the non-moving party to "discuss thoroughly, preferably in person, the substance of the contemplated motion and any potential resolution."  C.D. Cal. Local Rule 7-3.  If the parties are unable to reach a resolution, the moving party must provide a certification that the motion was made after the parties met and conferred.  *Id*.  Moreover, the Court warns that failure to adequately meet and confer may result in a motion being "stricken or summarily denied."  Dkt. No. 7 at 8.

---

[1] All other Defendants have been dismissed leaving Defendant U.S. Bank National Association as the sole remaining Defendant.  *See* Dkt. Nos. 46, 56–58.

1

Plaintiff provides no certification that would indicate that he has complied with Local Rule 7-3. Indeed, he makes no mention of any attempt to meet and confer with Defendant.

The Court STRIKES Plaintiff's motion. Should Plaintiff choose to refile the motion, he shall address whether this Court has jurisdiction to hear it in light of his pending appeal. *See Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982) ("The filing of a notice of appeal is an event of jurisdictional significance—it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal."). Plaintiff shall also certify in his Local Rule 7-3 statement that he discussed this issue with Defendant.

Date: April 12, 2024

_____
Stanley Blumenfeld, Jr.
United States District Judge