UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 1 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CLINTON GLEN CRISHER,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>U.S. BANK NATIONAL ASSOCIATION, et al.;<br><br>        Defendants - Appellees,<br><br>EXPERIAN INFORMATION SERVICES SPA and TRANSUNION,<br><br>        Defendants. | No. 24-197<br><br>D.C. No.<br>2:23-cv-02963-SB-PVC<br>Central District of California,<br>Los Angeles<br><br>ORDER |

On March 27, 2024, this court ordered appellant, within 28 days, to pay the filing fees for this appeal. The order warned appellant that failure to comply would result in the automatic dismissal of the appeal by the Clerk of the Court. To date, appellant has not complied with the court's order. Accordingly, this appeal is dismissed for failure to prosecute. *See* 9th Cir. R. 42-1.

All pending motions are denied as moot.

This order served on the district court shall, 21 days after the date of the order, act as and for the mandate of this court.

FOR THE COURT:
MOLLY C. DWYER
CLERK OF COURT