Clinton Glen Crisher (Full Name)
terrificdistraction@gmail.com (Email Address)
1422 N Kingsley Drive Apt 110 (Address Line 1)
Los Angeles, CA 90027 (Address Line 2)
323-447-2622 (Phone Number)
Plaintiff in Pro Per
(indicate Plaintiff or Defendant)

FILED
2024 MAY 22 PM 12: 25
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ECE

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CLINTON GLEN CRISHER,

Plaintiff,

vs.

U.S. BANK NATIONAL ASSOCIATION,

Defendant(s).

Case No.: 2:23-cv-02963-SB-PVC

**PLAINTIFF's** (indicate Plaintiff or Defendant)

**NOTICE OF MOTION AND MOTION** TO REVERSE THE ORDER OF DISMISSAL AND MOTION TO VACATE THE PRIOR ORDER TO COMPEL ARBITRATION

Hearing Date: June 28, 2024
Hearing Time: 8:30 AM
Judge: Hon. Stanley Blumenfeld, Jr. (Judge's name)
Place: Courtroom: 6C (courtroom number)

## TO THE HONORABLE COURT AND TO ALL PARTIES:

PLEASE TAKE NOTICE that on June 28, 2024 (date) at 8:30am (time), or as soon thereafter as this matter may be heard in the above-entitled Court located at 350 West 1st Street, Los Angeles, California 90012,
(address of the Court in which the motion is being made)

1 
2 _____Clinton Glen Crisher_____, the _____Plaintiff_____
      (your name)                              (indicate Plaintiff or Defendant)

3 in this case, will move this Court to: __Reverse the Judgment of Dismissal__
                                           (describe the nature of your motion)

4 
5 and Vacate the Prior Order to Compel Arbitration pursuant to Rule

6 12(b)(1) of the Federal Rules of Civil Procedure and the California Code,

7 Code of Civil Procedure - CCP § 1281.97.
8 
9 _____.

10     This motion is based upon the following documents:
11 this Notice of Motion, the Memorandum of Points and Authorities and a
12      (list the documents, such as a Memorandum of Points and Authorities and a Declaration, that support your motion)

13 Declaration in support thereof,
14 
15 _____,

16 the complete files and records in this action, and upon such oral and documentary
17 
18 evidence as may be allowed at the hearing of this motion.

19     This motion is made following the conference of counsel pursuant to L.R.
20 7-3 which took place on ___April 29, 2024___.
21                              (date)

22 DATED: __May 21, 2024__
23 
24            By:   Clinton Glen Crisher  /s/
25                  (sign)
26                  Clinton Glen Crisher
                    (print name)
27                  Plaintiff_____ in Pro Per
28                  (indicate Plaintiff or Defendant)

2
Notice of Motion and Motion