FILED 1 of 12

# UNITED STATES DISTRICT COURT

2024 MAY 22  PM 12: 25

## CENTRAL DISTRICT OF CALIFORNIA
U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ~~EES~~

### Western Division

CLINTON GLEN CRISHER vs

U.S. Bank National Association

Case No. 2:23-cv-02963-SB-PVC

## DECLARATION OF CLINTON GLEN CRISHER

I, Clinton Glen Crisher, am the age of majority and have personal knowledge of the facts herein. I am competent to make this Declaration and I do so under the laws of the penalty of perjury of the United States.

1. After learning that U.S. Bank had falsely reported that I had two delinquent credit card accounts, I contacted U.S. Bank over 41 times by telephone and in writing, spending

approximately 130 hours of my time directly disputing the account and trying to get it fixed. At that time, my base wage without holiday or overtime pay was about $17.25/hour. Even if I was only making my basic wage, I estimate my out of pocket loss of time to be at least $2242.50.

2. I also had to search the internet for help with this problem when U.S. Bank wouldn't fix it. I spent at least 160 hours searching for information about identity theft and credit reporting, even at my basic wage, this research caused me to lose about $2760.00 in lost time.

3. I had to find a lawyer to help me when all my other efforts failed. I wrote multiple dispute letters to the consumer reporting agencies and had to mail them. This took me about 22 hours of my time, causing me to lose about $379.50. I spent approximately $171.00 on postage to mail the letters, including the sets that I sent certified.

4. After my disputes were ignored and U.S. Bank verified the accounts as accurate, I had to spend more time finding an

attorney to get the case ready to file. I provided hundreds of documents I had gathered to develop the complaint. After my Attorney withdrew from the case in September 2023 without informing me or the court prior notice I estimate I have spent 515 hours reading and learning as much as I could while also trying to find a new attorney. Even at the minimum wage, this would be a loss of $ 8883.75.

5. I have suffered many credit denials since disputing through the credit reporting agencies. Since July of 2022, I applied for credit from several lenders, but was denied each time based on the information in my credit report that showed the delinquent U.S. Bank accounts.

6. I applied for credit/debit from and PayPal in 2023 so that I could use my PayPal balance to make other purchases other than online. I was denied even for this debit card because of the delinquent U.S. Bank credit card accounts .

7. In Late 2021, I applied for a $140,000.00 first time home buyers down payment loan from Los Angeles county, with a

credit score of 760 and was approved. But just 6 months later when again my credit was checked and reported as a 540 I was denied the loan. I hoped that if I could finally own my own home but due to the false reporting from U.S. Bank that dream was killed.

8. My credit limit with Citibank was reduced from $7,200 to $4000 due to my credit score reported in October of 2022. I applied for $8,000.00 from Citi in order to put up a tiny home in a friends parents backyard but was also denied. I even put my sisters boat valued at $5,000.00 and the shrimp nets valued at that time at $3,000.00 up as collateral, and the lenders refused to loan me even the small amount I had applied for because of delinquent credit credit cards.

9. After getting turned down by Citi for such a modest loan, the loan officer there told me that if I continued to apply for credit, it would make my credit score even worse than it already was.

10.     I tried to explain to the loan officers what had happened, but they didn't believe me. I felt stupid hearing this information from the people at the bank. I felt hopeless, that there was no way I was ever going to resolve this fraud. I felt that I would end up on the street.

11.     After many turndowns, and after learning that to continue to try to get credit could hurt me even more, I withdrew from the credit market so that I didn't have to keep wasting time in applying and getting turned down, and also because it would further make my credit worthiness look even worse if I wasn't going to get to get approved anyway.

12.     I was fearful that when new prospective creditors would view my report, they would think that I was the person who was delinquent on two U.S. Bank credit card accounts, when I was not. I was so worried that people viewed me as untrustworthy and that I was late on multiple payments when I hadn't, despite any explanations.

13.    I thought that these complete strangers would think that if I was maxed out and delinquent, it would look like I was living off loans instead of being a financially responsible person.

14.    I was not able to rent an apartment or trailer due to the fact that landlords would pull my credit report. As soon as a landlord saw the 540 credit score and the delinquent U.S. Bank credit card accounts with multiple late payments on my credit report, I was turned down.

15.    The only place I could go was where I could rent a single room out of someone's home. I found that living arrangement was dangerous and toxic because the people that I rented from were unstable. I feared for my safety and well-being. I tried not to spend much time there.

16.    I applied for at least three different leases for a place to live after November of 2022. Each time, the landlord pulled my credit and then denied my application to lease. My credit report showed several late payments reported by U.S. Bank

resulted in my applications for an apartment being turned down.

17.    Since October 2022, I moved from place to place, occasionally staying with friends, sometimes renting rooms, and even living in my car.

18.    I lived in my car for approximately four months total, and at times, it was well below 40 degrees- I spent those nights in a freezing cold car, lying awake and unable to sleep until sunrise all the while knowing that U.S. Bank had caused my credit score to go so low that I could not live in an apartment or home.

19.    I didn't have a normal life because I was essentially homeless. My social relationships with friends were strained because I felt that I imposed on them. I didn't feel like socializing because I felt that I had not been able to do anything with my life. I felt embarrassed that I had no place to call home and I was under tremendous stress that caused me to stop seeking contact with my friends, further

separating me from relationships that had brought me happiness. All of this because of my credit report.

22. I used to love to be current on what was going on in pop culture, which I lost interest in and access to when I was without a place to call home from late 2022 through mid 2023. The failure of U.S. Bank to resolve the disputed accounts after I reported them as fraudulent also created more strain on my relationships, with whom I have not been able to repair many of those relationships in part based on U.S. Bank's refusal to correct the accounts. Every time that I have received a denial of credit based on the reported missed payments by U.S. Bank, I have felt anger toward my family, creating more and more distance in our relationship.

24. I have been employed this whole time. I am a nursing provider. But, having income and a job doesn't necessarily mean you can fully participate in society without a good credit score.

25. I would like to get more education to improve my economic circumstances, but I cannot qualify for a loan in an amount I need

to finish school because of my credit report. I applied for a private education loan and was turned down based on my consumer report.  Being prevented from achieving higher education has prolonged my progression from my current wages to a higher wage. It has also made me feel ashamed and hopeless for my future ability to earn money, have a place to live, and to have security.

26. One of the biggest impacts that the false accounts have had on me is that it has made me insecure - whether it is in the ability to obtain financing for a car, to have a place to live, to get more education, my credit report that is saddled with false accounts prevents me from bettering myself. I believe that I have lost and delayed economic opportunities, making me feel hopeless and afraid.

27. By not having a place to live, I haven't had the ability to pursue my passion, which is video editing, film-making and visual effects. I need a place to work to create my artistic designs, and I

can't do that effectively when I don't have a permanent place to work on this.

28. I have earned money from this passion of mine. I earned $4000.00 for my work on a short film. After that, I earned a total of approximately $12,000 until 2021. I also posted samples of my work on YouTube. Since mid 2022, I have not been able devote time to this craft because I don't have a suitable place to do it.

29. U.S. Bank has always known that it had no evidence that I opened new credit card accounts in 2022, yet it refused to fix it. Even when I made disputes the way I was supposed to through the credit reporting agencies, they knew. They knew because I had closed the accounts in 2021 and had never been late once. This fact that they knew I was not responsible for the accounts, and yet they refuse to correct it, causes me to experience anger, frustration and inconvenience.

30. I have lost countless hours of sleep worrying about U.S. Bank and its refusal to correct the accounts. It's made me tired, including at work where I really need to be at my best. I have felt

sick to my stomach when I think about the stress that I am under as a result of U.S. Bank's reporting. It has obviously affected my relationships. Even though I signed an FTC Id Theft affidavit and a Police Report , every time I disputed the accounts U.S. Bank would verify the accounts and refused to correct them, and my stress and anger level increased.

31. I have wanted to get my own place to live and get on with my life, but I haven't been able to do that. My anger, frustration, sleepless nights and feelings of sickness have not only continued, but have increased and every day that U.S. Bank persists in reporting false records I felt like ending my life. I have had to get medicine from Hollywood Mental Health for depression.

32. The inability to correct this obvious identity theft has continued to make my life even more demoralized. Even when the two accounts were removed, I still could not get a decent place to live, obtain a credit card, a car loan, or a small loan to improve my life out of fear and anxiety.

33. This whole experience has caused me so much stress, I have wondered when and how I will have a future. I have felt angry and scared that someone like U.S. Bank could have taken control of my life like it did, ruin my credit, and intentionally refuse to do anything to correct the mistake. My health has suffered so much due to U.S. Bank.

Signed this 26 day of May, 2023, in Los Angeles, CA 90027

Clinton Glen Crisher