FILED

2024 MAY 22  PM 12: 25

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY___EEE___

1. Clinton Glen Crisher __(Full Name)__
2. terrificdistraction@gmail.com __(Email Address)__
3. 1422 N Kingsley Drive Apt 110 __(Address Line 1)__
4. Los Angeles, CA 90027 __(Address Line 2)__
5. 323-447-2622 __(Phone Number)__
6. Plaintiff in Pro Per
7. (indicate Plaintiff or Defendant)

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CLINTON GLEN CRISHER, | Case No.: 2:23-cv-02963-SB-PVC |
|---|---|
| Plaintiff, | |
| vs. | **PROOF OF SERVICE BY MAIL** |
| U.S. BANK NATIONAL ASSOCIATION | |
| Defendant(s). | |

I, __Clinton Glen Crisher__, declare as follows:
(name of person serving documents)

My address is __1422 N Kingsley Drive Apt 110, Los Angeles CA 90027_____, which is located in the county where the mailing described below took place.

Revised: August 2011
Form Prepared by Public Counsel.
© 2011 Public Counsel. All rights reserved.

1  On ___May 21, 2024___, I served the document(s) described as:
       (date of mailing)

Notice of Motion and Motion, Memorandum of Points and Authorities,
       (list the names of the documents you are mailing)
Declaration and Proposed Order

on all interested parties in this action by placing a true and correct copy thereof in a sealed envelope, with first-class postage prepaid thereon, and deposited said envelope in the United States mail at or in ___Los Angeles, CA___,
       (city and state of mailing)
addressed to:

Elizabeth Holt Andrews _____ (name)        _____ (name)
3 Embarcadero Center Suite 800 (address)        _____ (address)
San Francisco, CA 94111 _____ (address)    _____ (address)
_____ (address)                             _____ (address)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___May 21, 2024___ at ___Los Angeles, CA___.
       (date)                        (city and state of signing)

Clinton Glen Crisher   [signature]
(sign)
Clinton Glen Crisher
(print name)