# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES - GENERAL

| Case No.: | 2:23-CV-02963-SB-PVC | Date: | July 5, 2024 |
|---|---|---|---|

**Title:** *Clinton Glen Crisher v. U.S. Bancorp et al.*

**Present: The Honorable   STANLEY BLUMENFELD, JR., U.S. District Judge**

| Lynnie Fahey | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Clinton Glen Crisher, Pro Se | Elizabeth H Andrews |

**Proceedings: (Minutes of)** Motion to Reverse the Order of Dismissal and Vacate the Prior Order to Compel Arbitration [68] **(Held and Completed)**

    Case called and appearances made. The Court heard argument from the parties on its tentative ruling on Plaintiff's Motion to Reverse the Order of Dismissal and Vacate the Prior Order to Compel Arbitration (Dkt. No. 68). The Court took the matter under submission.

0:21

CV-90 (12/02)   **CIVIL MINUTES – GENERAL**   Initials of Deputy Clerk <u>LFA</u>

1