JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CLINTON GLEN CRISHER,

      Plaintiff,

v.

U.S. BANCORP et al.,

      Defendants.

Case No. 2:23-cv-02963-SB-PVC

FINAL JUDGMENT

Pursuant to Plaintiff's settlements with Defendants Equifax Information Services LLC, Experian Information Solutions, Inc., and Trans Union LLC, and the separate order entered this day granting Defendant U.S. Bank National Association's motion to confirm the final arbitral award in its favor, it is ordered and adjudged that Plaintiff's claims are dismissed with prejudice.

This is a final judgment.

Date: February 25, 2026

_____

Stanley Blumenfeld, Jr.
United States District Judge

1